# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Korey Williams<br>*Plaintiff*<br>v.<br>GlaxoSmithKline LLC<br>*Defendant* | Civil Action No.  1:18-01346-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff take nothing of the Defendant and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having accepted in part the Report and Recommendation of Magistrate Judge Kaymani D. West as to the Plaintiff's ADA claim and granted Defendant's motion to dismiss in its entirety.

*CLERK OF COURT*

Date: January 16, 2019

s/Angie Snipes
_____
*Signature of Clerk or Deputy Clerk*